<u>UNPUBLISHED</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-4912**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JESSIE SHORT,

Defendant - Appellant.

_____

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Patrick Michael Duffy, District Judge.  (CR-01-561)

_____

Submitted:  June 19, 2003              Decided:  July 8, 2003

_____

Before WIDENER, WILLIAMS, and GREGORY, Circuit Judges.

_____

Remanded by unpublished per curiam opinion.

_____

Langdon D. Long, Assistant Federal Public Defender, Columbia, South Carolina, for Appellant. Mary Gordon Baker, Assistant United States Attorney, Charleston, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jessie Short seeks to appeal his conviction and sentence.  In criminal cases, the defendant must file his notice of appeal within ten days of the entry of judgment.  Fed. R. App. P. 4(b)(1)(A).  With or without a motion, the district court may grant an extension of time to file of up to thirty days upon a showing of excusable neglect or good cause.  Fed. R. App. P. 4(b)(4); United States v. Reyes, 759 F.2d 351, 353 (4th Cir. 1985).

The district court entered its judgment on October 7, 2002; the ten-day appeal period expired on October 22, 2002.  Short filed his notice of appeal after the ten-day period expired but within the thirty-day excusable neglect period.  Because the notice of appeal was filed within the excusable neglect period, we remand the case to the district court for the court to determine whether Short has shown excusable neglect or good cause warranting an extension of the ten-day appeal period.  The record, as supplemented, will then be returned to this court for further consideration.

REMANDED

2